## Patents for Inventions.

BRIDGE, BEACH & Co. v. EXCELSIOR MANUF'G Co. 21 O. G. 1955. Appeal from the circuit court of the United States for the eastern district of Missouri. This case arises upon a bill in equity founded on letters patent granted for an improvement in cooking-stoves. The case was decided on appeal in the supreme court of the United States on May 8, 1882. Mr. Justice *Bradley* delivered the opinion of the court affirming the decree of the circuit court.

Letters patent claiming, "in combination with a stove door, a hinged shelf, fitted to fall outward and down automatically when the oven door is opened and to be raised up by closing the oven door, adapted to operate on it for that purpose," covers only the specific devices for raising and lowering the hinged shelf, and as both devices claimed operate upon the same principle precisely

as that which has been used for a long time for other similar purposes, and as defendants use a different device, they are not guilty of infringement.

R. H. Parkinson, for appellants.

S. S. Boyd, for appellees.